## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CARMELA COOK, in her individual capacity and as personal representative of the Estate of Alice May Lindsey,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Defendant.** )<br>) | Case No. 15-CV-79-CVE-FHM |

## OPINION AND ORDER

Plaintiff's *Application for Extension of Time to Submit Expert Identification and Report and Brief in Support*, [Dkt. 25], is before the court for decision. Defendant filed a response brief. [Dkt. 27]. No reply was filed.

On July 14, 2015, the court set the date for Plaintiff's expert identification and report for September 7, 2015. On September 9, 2015, Plaintiff filed the pending application and states that Plaintiff does not have an expert witness or report because she cannot afford to hire one. Plaintiff states she is optimistic she can locate an expert if given additional time but Plaintiff does not explain the basis for her optimism or how much additional time she needs.

This case was filed on February 12, 2015. Plaintiff has been aware of the need for an expert witness from the beginning of the case and aware of the expert deadline since July 14, 2015. Plaintiff has not explained how additional time will allow her to obtain an expert when she has not been able to do so by now.

Plaintiff has not established good cause to extend the deadline to submit her expert identification and report. Fed.R.Civ.P. 6(b)-16(b)(4). Plaintiff's *Application for Extension of Time to Submit Expert Identification and Report and Brief in Support*, [Dkt. 25], is DENIED.

SO ORDERED this 3rd day of November, 2015.

*signature*

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE